FILED
November 21, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. Cr-S-06-0432 WBS
Plaintiff, )
v. )  ORDER FOR RELEASE OF
)  PERSON IN CUSTODY
DAVID ARTHUR DALTON, )
)
Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>David Arthur Dalton</u>, Case No. <u>Cr S-06-0432 WBS</u>, Charge <u>Title 18 USC § 2252</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    O-R
☒  Release on Personal Recognizance

X  Bail Posted in the Sum of $ <u>150,000 = co-signed by mother</u>
                                                                 <u>✓ sister.</u>

☒  Unsecured Appearance Bond

___  Appearance Bond with 10% Deposit

___  Appearance Bond with Surety

___  Corporate Surety Bail Bond

X  (Other)   <u>Pretrial Services Supervision with conditions + 3rd party custody.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>November 21, 2006</u> at <u>2:40</u> pm.

By  <u>Dale A. Drozd</u>
      Dale A. Drozd
      United States Magistrate Judge

Original - U.S. Marshal