DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN D.C. Bar # 446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DAVID ARTHUR DALTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-06-432 (WBS) |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME |
| v. | ) | |
| DAVID ARTHUR DALTON, | ) | |
| Defendant. | ) | Judge: Hon. William B. Shubb |

This case is currently scheduled for a status hearing on December 13, 2006. The attorneys for both parties have conferred and agree that additional time is needed for defense counsel to receive and review discovery, and to investigate and prepare a defense in the case.

The parties, through their respective counsel, hereby stipulate and agree that the status hearing scheduled for December 13, 2006, be continued and that a new status hearing be scheduled for February 5, 2007. In addition, the parties stipulate that the time period from December 13, 2006, until February 5, 2007, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare and conduct investigation.

A proposed order is attached and lodged separately for the court's convenience.

DATED: December 12, 2006

1

1 |  Respectfully submitted,

2 | McGREGOR W. SCOTT                    DANIEL BRODERICK
  | United States Attorney               Federal Defender

3 |

4 |

  |  /s/ Lexi Negin for Laurel White       /s/ Lexi Negin
5 | Laurel White                         LEXI NEGIN
  | Assistant U.S. Attorney              Assistant Federal Defender
6 | Attorney for United States           Attorney for DAVID DALTON

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-06-432 (WBS) |
| Plaintiff, | ) |
| v. | ) ~~PROPOSED~~ ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| DAVID ARTHUR DALTON, | ) PURSUANT TO THE SPEEDY TRIAL ACT |
| Defendant. | ) |
| _____ | ) |

   For the reasons set forth in the stipulation of the parties, filed on December 12, 2006, IT IS HEREBY ORDERED that the status hearing scheduled for December 13, 2006, be continued until February 5, 2007 at 8:30 A.M..   The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' December 12, 2006 stipulation, the time under the Speedy Trial Act is excluded from December 13, 2006, through February 5, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated:  December 12, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2