IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                ) No.  2:06-cr-432 WBS
                                         )
        Plaintiff,                   )
                                         )
    v.                                   ) ORDER CONTINUING STATUS
                                         ) CONFERENCE AND EXCLUDING TIME
DAVID ARTHUR DALTON,                     ) PURSUANT TO THE SPEEDY TRIAL ACT
                                         )
        Defendant.                   )
                                         )
_____         )

      For the reasons set forth in the stipulation of the parties, filed on February 2, 2007, IT IS HEREBY

ORDERED that the status hearing scheduled for February 5, 2007, be continued until February 26, 2007 at

8:30 a.m.   The Court finds that the ends of justice to be served by granting a continuance outweigh the best

interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that,

for the reasons stated in the parties' February 2, 2007 stipulation, the time under the Speedy Trial Act is

excluded from February 5, 2007, through February 26, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and

Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated:  February 2, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2