IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-06-432 (WBS) |
| Plaintiff, | |
| v. | ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| DAVID ARTHUR DALTON, | |
| Defendant. | |

For the reasons set forth in the stipulation of the parties, filed on February 23, 2007, IT IS HEREBY ORDERED that the status hearing scheduled for February 26, 2007, be continued until March 26, 2007. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' February 23, 2007 stipulation, the time under the Speedy Trial Act is excluded from February 26, 2007, through March 26, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: February 22, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2