McGREGOR W. SCOTT
United States Attorney
LAUREL D. WHITE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-S-06-0432-WBS |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| v. | ) | |
| DAVID ARTHUR DALTON, | ) | |
| Defendant. | ) | |

WHEREAS, on May 21, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the Plea Agreement and the Stipulation and Application for Preliminary Order of Forfeiture entered into between plaintiff and defendant David Arthur Dalton forfeiting to the United States the following property:

        1.    A Western Digital IDE 40 gigabyte computer hard drive bearing serial number WMAAN2208697, and

        2.    A Dell Dimension desktop CPU bearing serial number 2TD9111.

AND WHEREAS, on June 1, 8, and 15, 2007, the United States published notification of the Court's Preliminary Order of Forfeiture in <u>The Daily Recorder</u> (Sacramento County), a newspaper of

1

1 general circulation located in the county in which the subject
2 property was seized.  Said published notice advised all third
3 parties of their right to petition the court within thirty (30) days
4 of the publication date for a hearing to adjudicate the validity of
5 their alleged legal interest in the forfeited property;
6      AND WHEREAS, the Court has been advised that no third party has
7 filed a claim to the subject property, and the time for any person
8 or entity to file a claim has expired.
9      Accordingly, it is hereby ORDERED and ADJUDGED:
10      1.  A Final Order of Forfeiture shall be entered forfeiting to
11 the United States of America all right, title, and interest in the
12 above-listed property pursuant to 18 U.S.C. § 2253, to be disposed
13 of according to law, including all right, title, and interest of
14 David Arthur Dalton.
15      2.  All right, title, and interest in the above-described
16 property shall vest solely in the name of the United States of
17 America.
18      3.  The United States Marshals Service shall maintain custody
19 of and control over the subject property until it is disposed of
20 according to law.
21      SO ORDERED THIS <u>1st</u> day of <u>August</u>, 2007.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE